IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID F. BARGHOORN,

    Petitioner,　　　　　　　　　No. CIV S 07-1996 MCE DAD P

    vs.

KEN CLARK, et al.,

    Respondents.　　　　　　　　　ORDER

_____/

    Petitioner has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of October 3, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's October 17, 2007 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file the application to proceed in forma pauperis.

DATED: October 23, 2007.

                                             DALE A. DROZD
                                             UNITED STATES MAGISTRATE JUDGE

DAD:cm
barg1996.111