IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID F. BARGHOORN,** | CIV S 07-1996 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK, et al.,** | |
| Respondents. | |

Respondent has requested an enlargement of time to file a response to petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, respondent's request for a thirty day (30) enlargement of time is granted. Respondent's response to petitioner's petition for writ of habeas corpus shall be filed no later than January 2, 2008.

DATED: November 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/barg1996.111res