IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID F. BARGHOORN,

            Petitioner,                    No. CIV S 07-1996 MCE DAD P

      vs.

KEN CLARK, et al.,

            Respondent.              ORDER

_____/

            Pending before the court is respondent's motion to dismiss the petition on the ground that it contains unexhausted claims.  On January 2, 2008, respondent lodged documents with the court but did not lodge a copy of petitioner's appeal to the California Court of Appeal (also referred to as "Appellant's Opening Brief").  Petitioner's appeal appears to be relevant to the court's resolution of the pending motion to dismiss.

            Accordingly, IT IS HEREBY ORDERED that within fifteen days of the date of this order respondent shall lodge with the court a copy of petitioner's appeal to the California Court of Appeal.

DATED: April 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
barg1996.ld

1