IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. BARGHOORN, | No. 2:07-cv-01996-MCE-DAD P |
|     Petitioner, | |
|  vs. | ORDER |
| KEN CLARK, Warden, | |
|     Respondent. | |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 29, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2008, are adopted in full;

2. Respondent's January 2, 2008 motion to dismiss (Doc. No. 13) is denied; and

3. Petitioner is granted thirty days leave to file a declaration notifying the court as to how he wishes to proceed in this action.

Dated: September 24, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE