1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID F. BARGHOORN,

11              Petitioner,               No. CIV S-07-1996 MCE DAD P

12        vs.

13   KEN CLARK, Warden,

14              Respondent.               <u>ORDER</u>

15   _____/

16              On January 15, 2009, the court granted petitioner's motion for a stay and

17   abeyance.  The court stayed this action and instructed petitioner to file a motion to lift the stay,

18   along with a proposed amended petition containing only exhausted claims, within thirty days

19   after petitioner was served with the California Supreme Court's order disposing of his state

20   exhaustion petition.

21              Petitioner has informed the court that the California Supreme Court denied his

22   state habeas petition on March 11, 2009.  Although petitioner has filed a motion to lift the stay in

23   this action, he has not filed a complete proposed amended petition.  Petitioner's proposed

24   amended petition only includes his grounds for relief.  Petitioner is advised that his amended

25   petition must be complete in itself without reference to his original petition.  His petition must

26   contain all relevant claims and must provide the court with all necessary information, including

                                         1

supporting facts for his claims. Good cause appearing, the court will grant petitioner thirty days
to file a proposed amended petition in accordance with this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall file a proposed amended petition containing all relevant claims
and all necessary information within thirty days of the date of this order; and

2. The Clerk of the Court is directed to send petitioner the court's form for filing
a petition for writ of habeas corpus.

DATED: March 27, 2009.

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
barg1996.ampet