IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID F. BARGHOORN,

    Petitioner,                    No. CIV S-07-1996 MCE DAD P

    vs.

KEN CLARK, Warden,

    Respondent.                 ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 30, 2009, petitioner filed his traverse along with a motion for leave to file an "over-sized," thirty-five page traverse. Petitioner appears to be under the impression that his traverse is subject to a page limit of twenty-five pages. Petitioner is advised that the court has not set such a page limit. The court will therefore deny petitioner's motion as unnecessary and file the traverse as it was submitted to the court.

        Accordingly, IT IS HEREBY ORDERED that petitioner's October 30, 2009 motion (Doc. No. 41) is denied as unnecessary.

DATED: November 9, 2009.

*signature: Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
barg1996.trv